■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS

DAMPEER, Appellant.—Motion for leave to withdraw appeal denied without prejudice to a motion pursuant to the rules of this court *(People v Saunders,* 52 AD2d 833) should assigned counsel be so disposed. Concur—Kupferman, J. P., Birns, Sandler, Ross and Markewich, JJ.